PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JERRE SMITH,<br><br>                Defendant. | 2:22-PO-00272-CKD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:   October 20, 2022<br>TIME:   9:30 a.m.<br>COURT: Hon. Carolyn K. Delaney |

**STIPULATION**

       Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

       1.      By previous order, this matter was set for a status conference on October 20, 2022.

       2.      On October 14, 2022, counsel for defendant informed the government that defendant was in the process of obtaining a driver's license and insurance, and requested additional time to provide these items to the government.

/ / /

/ / /

/ / /

3.      Accordingly, the parties jointly move to continue the October 20, 2022 status conference to November 17, 2022 at 9:30 a.m.

IT IS SO STIPULATED.

Dated:  October 18, 2022                          PHILLIP A. TALBERT
                                                 United States Attorney


                                                 /s/ *Alstyn Bennett*
                                                 ALSTYN BENNETT
                                                 Assistant U.S. Attorney


Dated:  October 18, 2022                          /s/ *Linda C. Allison*
                                                 LINDA C. ALLISON
                                                 Counsel for Defendant
                                                 JERRE SMITH

                                                 (*Approved via email October 19, 2022*)


## FINDINGS AND ORDER

IT IS SO ORDERED that the status conference currently scheduled for October 20, 2022 is continued to November 17, 2022 at 9:30 a.m.

Dated:  October 19, 2022

                                                 CAROLYN K. DELANEY
                                                 UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO CONTINUE STATUS
CONFERENCE