IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:22-po-00272-CKD |
| Plaintiff, | ) ORDER TO DISMISS VIOLATION NUMBER ) E1663728 |
| v. | ) |
| JERRE A. SMITH, | ) DATE:  November 17, 2022 ) TIME:   9:30 a.m. |
| Defendant. | ) JUDGE: Honorable Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice Violation Number E1663728 is GRANTED.

IT IS SO ORDERED.

Dated:  November 18, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE